IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
CAROL MARIE DUPONT,              )
      Plaintiff,                 )
                                 )     Civil Action No. 09-1526
      v.                         )
                                 )
COMMISSIONER OF HEALTH & HUMAN   )     Procedural Order for
SERVICES,                        )     Social Security Review
      Defendant.                 )           Cases
```

ORDER

The above action seeks review of a decision by the Secretary of Health and Human Services denying Plaintiff social security disability benefits.  The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record.  Notwithstanding any other rule governing the procedure in civil cases, it is ordered that:

(1)   Plaintiff shall serve and file a motion for summary judgment and brief supporting Plaintiff's petition for review by March 8, 2010;

(2)   Defendant shall serve and file a cross-motion for summary judgment and brief by April 7, 2010;

(3)   Plaintiff may serve and file a reply by April 22, 2010;

    (4) No extensions of time will be permitted without order of the Court.

Dated: January 22, 2010

            BY THE COURT:

            <u>S/Gary L. Lancaster</u>
            Gary L. Lancaster,
            Chief United States District Judge

cc: Gregory T. Kunkel, Esquire
   Kunkel & Fink, LLP
   4411 Stilley Road, Suite 206
   Pittsburgh, PA 15227

   Christy Wiegand,
   Assistant United States Attorney